IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>KLADIS, CHRISTOPHER P.<br>KLADIS, JUDY A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-57429 BL<br><br>JUDGE Bruce W. Black(Joliet) |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance\ with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

                                                                /s/ Michael G. Berland Trustee

Dated: 10/30/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
KLADIS, CHRISTOPHER P.
KLADIS, JUDY A.

CHAPTER 7 CASE

CASE NO. 05-57429 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,914.06 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,610.30 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,524.36 |



EXHIBIT A

**DISTRIBUTION REPORT**                                                                                                       **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 1,914.06 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | 1,914.06 | 1,914.06 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

EXHIBIT A

**DISTRIBUTION REPORT**  **PAGE 2**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

EXHIBIT A

**DISTRIBUTION REPORT**                                                                                                    **PAGE 3**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $    15,836.73 | 54.37% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 2,965.45 | 1,612.29 |

EXHIBIT A

DISTRIBUTION REPORT                                                                  PAGE 4

| 2 | Recovery Management Systems Corporation | 882.62 | 479.87 |
|---|---|---|---|
| 3 | MBNA America Bank NA | 11,988.66 | 6,518.14 |
|   |   | TOTAL         $ | 8,610.30 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL         $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL         $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL         $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL         $ | 0.00 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                                 **PAGE 5**

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 08/05/08                    /s/Michael G. Berland
                                   MICHAEL G. BERLAND, Trustee

**EXHIBIT**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| KLADIS, CHRISTOPHER P. | |
| KLADIS, JUDY A. | CASE NO. 05-57429 BL |
| | JUDGE Bruce W. Black(Joliet) |
| Debtor(s) | |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,914.06 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,914.06 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |

1

Case 05-57429    Doc 38    Filed 10/30/08    Entered 10/30/08 12:20:30    Desc Main
08/04/2008 09:36 FAX  708 226 9030    Document    Page 9 of 13    @007/008
BROCHOCINSKI

13123720520        LAW OFFICES                                01:04:08 p.m.    07-21-2008        16/21

   a. Compensation             $_____0.00

   b. Expenses               $_____0.00

   c. Chapter 11 compensation         $_____0.00

   d. Chapter 11 Expenses          $_____0.00

3. Other Professionals

           TOTAL     $_____0.00

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____, 200 ___.

         ENTERED       **ENTERED**

                    **AUG 0 1 2008**

         Bruce W. Black      BRUCE W. BLACK, BANKRUPTCY JUDGE
         UNITED STATES BANKRUPTCY  UNITED STATES BANKRUPTCY COURT

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-57429 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | KLADIS, CHRISTOPHER P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | KLADIS, JUDY A. | Account: | ***-*****32-65 - Money Market Account |
| Taxpayer ID #: | 13-7511845 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/29/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/06 | {12} | American Auction Associates | Payment for sale of mtorcycle at auction | 1129-000 | 11,500.00 |  | 11,500.00 |
| 04/22/06 | 1001 | American Auctiion Services | Payment of auctioneers expenses<br>Stopped on 04/22/06 | 3620-000 |  | 621.81 | 10,878.19 |
| 04/22/06 | 1001 | American Auctiion Services | Payment of auctioneers expenses<br>Stopped: check issued on 04/22/06 | 3620-000 |  | -621.81 | 11,500.00 |
| 04/22/06 | 1002 | American Auction Associates | Payment of auctioneers expenses<br>Stopped on 04/22/06 | 3620-000 |  | 621.81 | 10,878.19 |
| 04/22/06 | 1002 | American Auction Associates | Payment of auctioneers expenses<br>Stopped: check issued on 04/22/06 | 3620-000 |  | -621.81 | 11,500.00 |
| 04/22/06 | 1003 | American Auction Associates | Payment of auctioneer's expenses | 3620-000 |  | 621.81 | 10,878.19 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.36 |  | 10,884.55 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.40 |  | 10,891.95 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.16 |  | 10,899.11 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.41 |  | 10,906.52 |
| 08/21/06 | 1004 | Gloria Longest | Payment of accountant pursuant to court order | 3410-000 |  | 500.00 | 10,406.52 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.39 |  | 10,413.91 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.61 |  | 10,420.52 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.30 |  | 10,427.82 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.85 |  | 10,434.67 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.63 |  | 10,441.30 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.96 |  | 10,448.26 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.20 |  | 10,453.46 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.58 |  | 10,459.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.77 |  | 10,464.81 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.77 |  | 10,470.58 |

Subtotals :   $11,592.39   $1,121.81

Exhibit B

{} Asset reference(s)                                                                                                                 Printed: 10/30/2008 12:04 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-57429 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | KLADIS, CHRISTOPHER P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | KLADIS, JUDY A. | Account: | ***-*****32-65 - Money Market Account |
| Taxpayer ID #: | 13-7511845 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.40 | | 10,475.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.96 | | 10,481.94 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.78 | | 10,487.72 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.22 | | 10,492.94 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.16 | | 10,499.10 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.46 | | 10,504.56 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.35 | | 10,509.91 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.80 | | 10,514.71 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.15 | | 10,516.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.95 | | 10,518.81 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.46 | | 10,520.27 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,521.58 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,522.91 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.33 | | 10,524.24 |
| 08/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.12 | | 10,524.36 |
| 08/04/08 | | To Account #*********3266 | Transfer for purpose of final distribution | 9999-000 | | 10,524.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,646.17 | 11,646.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,524.36 | |
| | | | **Subtotal** | | 11,646.17 | 1,121.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,646.17** | **$1,121.81** | |

{} Asset reference(s)                                                                                                                  Printed: 10/30/2008 12:04 PM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-57429 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | KLADIS, CHRISTOPHER P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KLADIS, JUDY A. | Account: | ***-*****32-66 - Checking Account |
| Taxpayer ID #: | 13-7511845 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/29/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/08 | | From Account #*********3265 | Transfer for purpose of final distribution | 9999-000 | 10,524.36 | | 10,524.36 |
| 08/08/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,914.06, Trustee Compensation; Reference: | 2100-000 | | 1,914.06 | 8,610.30 |
| 08/08/08 | 102 | Discover Bank/Discover Financial Services | Dividend paid 54.36% on $2,965.45; Claim# 1; Filed: $2,965.45; Reference: | 7100-000 | | 1,612.29 | 6,998.01 |
| 08/08/08 | 103 | Recovery Management Systems Corporation | Dividend paid 54.36% on $882.62; Claim# 2; Filed: $882.62; Reference: | 7100-000 | | 479.87 | 6,518.14 |
| 08/08/08 | 104 | MBNA America Bank NA | Dividend paid 54.36% on $11,988.66; Claim# 3; Filed: $11,988.66; Reference: | 7100-000 | | 6,518.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,524.36 | 10,524.36 | $0.00 |
| | | | Less: Bank Transfers | | 10,524.36 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,524.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,524.36** | |

{} Asset reference(s)

Printed: 10/30/2008 12:04 PM  V.10.54

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-57429 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** KLADIS, CHRISTOPHER P. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| KLADIS, JUDY A. | **Account:** \*\*\*-\*\*\*\*\*32-66 - Checking Account |
| **Taxpayer ID #:** 13-7511845 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/29/08 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # \*\*\*-\*\*\*\*\*32-65 | 11,646.17 | 1,121.81 | 0.00 |
| | Checking # \*\*\*-\*\*\*\*\*32-66 | 0.00 | 10,524.36 | 0.00 |
| | | $11,646.17 | $11,646.17 | $0.00 |

{} Asset reference(s)                                      Printed: 10/30/2008 12:04 PM    V.10.54